# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants.<br>_____/<br><br>AND RELATED COUNTERACTION AND CROSS-ACTION.<br>_____/ | CASE NO. CV-F-02-6405 AWI LJO<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>Date: October 25, 2005<br>Time: 8:30 a.m.<br>Dept.: 6 (LJO) |

This Court conducted a scheduling conference on June 16, 2005. For good cause, this Court continues the scheduling conference to October 25, 2005 at 8:30 a.m. At least five Court days before the hearing, the parties shall submit a joint statement of proposed dates for: expert disclosure, non-expert and expert discovery cut off, pretrial motion hearing deadline, settlement conference, pretrial conference and trial.

IT IS SO ORDERED.

**Dated:   June 16, 2005**                         /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES MAGISTRATE JUDGE

1