1  David R. Emerich (#56955)
   David A. Fike (#93525)
2  EMERICH & FIKE
   5220 North Palm Avenue
3  Fresno, California  93704
   Telephone: (559) 437-7100
4

5  Attorneys for Counter-claimants/Cross-claimants
   LA JOLLA GROUP II and TERRANCE FRAZIER
6

7

8                 **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10                            * * *

11 | COUNTRYWIDE HOME LOANS, INC., a     | ) | Case No. **CIV-F-02-6405 AWI LJO**
   | New York corporation,               | ) |
12 |                                     | ) |
   |              Plaintiff,             | ) |
13 |                                     | ) |
   |       vs.                           | ) |
14 |                                     | ) | **ORDER FOR PUBLICATION OF**
   | UNITED STATES OF AMERICA, acting    | ) | **SUMMONS ON ROBERT G. GONZALES**
15 | through the INTERNAL REVENUE SERVICE,| ) | **AND MARISELA GONZALES**
   | et al.,                             | ) |
16 |                                     | ) |
   |              Defendants.            | ) |
17 | _____   | ) |
   |                                     | ) |
18 | LA JOLLA GROUP II, a California general | ) |
   | partnership, and TERRANCE FRAZIER,  | ) | **No Hearing Required**
19 |                                     | ) |
   |              Counter-claimants      | ) |
20 |                                     | ) | Magistrate Judge:  Lawrence J. O'Neill
   |       vs.                           | ) |
21 |                                     | ) |
   | COUNTRYWIDE HOME LOANS, INC., a     | ) |
22 | New York corporation; NEVADA TRUST  | ) |
   | DEED SERVICES, INC., a Nevada       | ) |
23 | corporation; LA SALLE NATIONAL BANK,| ) |
   | as TRUSTEE FOR AVONDALE HOME        | ) |
24 | EQUITY LOAN TRUST 1998-1, an entity form | ) |
   | unknown; UNITED STATES OF AMERICA,  | ) |
25 | acting through the INTERNAL REVENUE  | ) |
   | SERVICE; and CTC REAL ESTATE        | ) |
26 | SERVICES, a California corporation; ROBERT | ) |
   | G. GONZALES, an individual; and     | ) |
27 | MARISELA GONZALES, an individual,   | ) |
   |                                     | ) |
28 |              Counter-defendants     | ) |

EMERICH & FIKE
FRESNO, CALIFORNIA

-1-

1    IT IS ORDERED that the service of summons on the Amended and Supplemental

2 Counter-claim and Cross-claim of LA JOLLA GROUP II and TERRANCE FRAZIER in this action be

3 made upon cross-defendants ROBERT G. GONZALES and MARISELA GONZALES by publication

4 thereof in The Business Journal, a newspaper of general circulation published at Fresno, California, and

5 that said publication be made at lease once a week for six consecutive weeks (23 U.S.C. § 1655).

6    IT IS FURTHER ORDERED that a copy of said summons and of said Amended and

7 Supplemental Counter-claim and Cross-claim in this action be forthwith deposited in the United States

8 Post Office, postage paid, directed to said defendants if their addresses are ascertained before expiration

9 of the time prescribed for the publication of this summons.  A declaration of this mailing, or of the fact

10 that the addresses were not ascertained must be filed at the expiration of the time prescribed for the

11 publication.

12 IT IS SO ORDERED.

13 **Dated:    August 22, 2005**        _____/s/ Lawrence J. O'Neill_____
   b9ed48                         UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28