1

Martin T. McGuinn, Esq.(SBN 82530)
Cheryl Edwards Tannenberg (SBN115537)
2 **KIRBY& MCGUINN, A P.C.**
600 B Street, Suite 1950
3 San Diego, California 92101
Telephone: (619) 685-4000  Facsimile:  (619) 525-1669
4
Sanford Shatz Esq. (SBN 127229)
5 5220 Las Virgenes MSN AC-11
Calabasas, California 91302-1613
6 Telephone:  (818) 871-6062  Facsimile:  (818) 871-4669
Attorneys for Plaintiff COUNTRYWIDE HOME LOANS, INC. et al.,
7

# UNITED STATES DISTRICT COURT

8

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| 9  COUNTRYWIDE HOME LOANS, INC., a New York corporation, | Case No. CIV-F-02-6405 AWI JNO |
| 10 | |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE REPORTS OF EXPERT WITNESSES; AND ORDER THEREON** |
| 11 v. | |
| 12 UNITED STATES OF AMERICA, acting through the Internal Revenue Service, LA JOLLA GROUP II, an entity form unknown, TERRANCE FRAZIER, individually and dba La Jolla Group II, NEVADA TRUST DEED SERVICES INC., a Nevada Corporation; LA SALLE NATIONAL BANK, as TRUSTEE FOR AVONDALE HOME EQUITY LOAN TRUST 1998-1, an entity form unknown; ROBERT G. GONZALES, an individual, MARISELA GONZALES, an individual; et al., | |
| 18  Defendants. | |
| 19 ___ | |
| LA JOLLA GROUP II, a California limited partnership; and TERRANCE FRAZIER, | |
| 21  Cross-complainants, v. | |
| 22 COUNTRYWIDE HOME LOANS, INC., a New York corporation; NEVADA TRUST DEED SERVICES, INC., a Nevada corporation; LA SALLE NATIONAL BANK, AS TRUSTEE FOR AVONDALE HOME EQUITY LOAN TRUST 1998-1, an entity form unknown; and CTC REAL ESTATE SERVICES, a California corporation, | |
| 26  Cross-defendants. | |
| 27 ___ | |
| 28 | |

Stipulation and Order Extending Time to File Report of Expert Witnesses
Countrywide Home Loans et al vs. United States of America et al.,        Case No.Civ-F-02-6405-AWI

This Stipulation is entered by and between Plaintiff and Cross Defendant, COUNTRYWIDE HOME LOANS, INC., a New York corporation, ("CHL") and Cross Defendant CTC Real Estate Services Inc., a California Corporation ("CTC"), LA SALLE NATIONAL BANK , as TRUSTEE FOR AVONDALE HOME EQUITY LOAN TRUST 1998-1 and NEVADA TRUST DEED SERVICES INC., a Nevada Corporation; by Kirby& McGuinn, A P.C., by Martin T. McGuinn and Defendants and Cross Complainants LA JOLLA GROUP II and TERRANCE FRAZIER, by their attorneys of record, Doyle, Fike and Watson, by David Fike. The parties do hereby stipulate, agree and request that the court allow all Parties to receive an extension of time to file the report of their expert witnesses for 7 days until April 10, 2006.

IT IS SO STIPULATED.

DATED: April 3, 2006                     DOYLE, FIKE AND WATSON

                                         By:  /s/ David A. Fike (as authorized on 4/3/06)
                                              David Fike
                                              Attorneys for Defendants and Cross Complaints
                                              LA JOLLA GROUP II, AND TERRANCE
                                              FRAZIER

DATED: April 3, 2006                     KIRBY & MCGUINN, A P.C.

                                         By: /s/ Martin T. McGuinn (as authorized on 4/3/06)
                                              Martin T. McGuinn
                                              Attorneys for Plaintiff and Cross Defendant
                                              COUNTRYWIDE HOME LOANS, INC.,
                                              Cross Defendant CTC REAL ESTATE SERVICES
                                              And Defendants and Cross Defendants La Salle
                                              Bank as Trustee et al., and Nevada Trust Deed
                                              Services Inc.

Dated: April 3, 2006                     DEPARTMENT OF JUSTICE OFFICE OF THE
                                         ATTORNEY GENERAL, WESTERN TAX DIVISION

                                         By: /s/ Henry C. Darmstadler (as authorized on 4/3/06)
                                              Henry C. Darmstadler, Assistant United States
                                              Attorney, for the United States of America

**ORDER**

The Court, after having reviewed the parties' Stipulation,

    IT IS SO ORDERED.

**Dated:**   **April 5, 2006**                    /s/ Lawrence J. O'Neill
66h44d                                       UNITED STATES MAGISTRATE JUDGE