# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC. a New York Corporation,<br><br>             Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA, acting through the Internal Revenue Service; LA JOLLA GROUP II, an entity form unknown; TERRANCE FRAZIER, individually and dba La Jolla Group II; NEVADA TRUST DEED SERVICES INC., a Nevada Corporation; LA SALLE NATIONAL BANK, as TRUSTEE FOR AVONDALE HOME EQUITY LOAN TRUST 1998-1, an entity form unknown; ROBERT G. GONZALES, an individual; MARISELA GONZALES, an individual; ALL PERSONS KNOWN AND UNKNOWN CLAIMING A RIGHT, TITLE OR INTEREST IN OR TO THE REAL PROPERTY COMMONLY KNOWN AS 765 EAST WOODHAVEN LANE, FRESNO, CALIFORNIA,<br><br>             Defendants.<br>_____<br><br>and related cross and counter claims.<br>_____ | CV F 02  6405 AWI SMS<br><br>ORDER VACATING AUGUST 28, 2006 HEARING DATE |

   The parties' cross motions for summary judgment have been set for hearing on August 28, 2006. The court has reviewed the moving papers  and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

1   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 28,
2  2006, is VACATED, and the parties shall not appear at that time.  As of August 28, 2006, the
3  court will take the matter under submission, and will thereafter issue its decision.
4
5  IT IS SO ORDERED.
6  **Dated:**   **August 24, 2006**                    /s/ **Anthony W. Ishii**
   0m8i78                                         UNITED STATES DISTRICT JUDGE

2