1  Martin T. McGuinn, Esq.(SBN 082530)
   Jana Logan (SBN 171152)
2  **KIRBY & McGUINN, A.P.C.**
   600 "B" Street, Suite 1950
3  San Diego, California 92101-4515
   Telephone: (619) 685-4000  Facsimile: (619) 685-4004
4
   Sanford Shatz, Esq. (SBN 127229)
5  5220 Las Virgenes Road
   MS No. AC-11
6  Calabasas, California 91302-1064
   Telephone: (818) 871-6062  Facsimile: (818) 871-4669
7  Attorneys for Defendants/Cross-defendants

8  COUNTRYWIDE HOME LOANS, INC., CTC REAL ESTATE, ET AL.

9  **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| 11  COUNTRYWIDE HOME LOANS, INC., a New York corporation, | Case No. CIV-F-02-6405 AWI LJO |
| 12  | STIPULATION TO AMEND SCHEDULING ORDER; ORDER THEREON |
| Plaintiff, | |
| 13  v. | |
| 14  UNITED STATES OF AMERICA, acting through the Internal Revenue Service, et al. | |
| 15  | Judge:           Anthony W. Ishii |
| Defendants. | Dept.:            2 |
| 16  _____ | Old Trial Date:  November 7, 2006 |
|  | New Trial Date:  February 27, 2007 |
| 17  LA JOLLA GROUP II, a California general partnership and TERRANCE FRAZIER, | |
| 18  | |
| 19  Counter-claimants, | |
| 20  v. | |
| 21  COUNTRYWIDE HOME LOANS, INC., a New York corporation; NEVADA TRUST DEED | |
| 22  SERVICES, INC., a Nevada corporation, LA SALLE NATIONAL BANK, as TRUSTEE FOR | |
| 23  AVONDALE HOME EQUITY LOAN TRUST 1998-1, an entity from unknown; UNITED | |
| 24  STATES OF AMERICA, acting through the INTERNAL REVENUE SERVICE: CTC REAL | |
| 25  ESTATE SERVICES, a California corporation; ROBERT G. GONZALES, an individual; and | |
| 26  MARISLA GONZALES, an individual, | |
| 27  Counter-defendants. | |
| _____ | |
| 28  | |

1   This Stipulation is entered by and between Plaintiff and Cross-defendant Countrywide Home Loans, Inc., a New York corporation ("CHL"), and Cross-defendant CTC Real Estate Services, Inc., a California Corporation ("CTC"), La Salle National Bank, as Trustee for Avondale Home Equity Loan Trust 1998-1 and Nevada Trust Deed Services Inc., a Nevada corporation, by Kirby & McGuinn, A P.C., by Martin T. McGuinn and Defendants and Cross-complainants La Jolla Group II and Terrance Frazier, by their attorneys of record, Doyle, Fike and Watson, by David A. Fike and by the United States of America, by its attorney, Henry C. Darmstadter of the Department of Justice.

The parties do hereby stipulate, agree and request that due to the Court taking under submissions the cross-motions for summary judgment on August 28, 2006, which may determine the need for a trial, the parties request the Court allow the following amendments to the Scheduling Order on file in this case:

1.    Pretrial Conference - From October 4, 2006 to January 11, 2007 at 8:30 a.m.; and

2.    Bench Trial - From November 7, 2006 to February 27, 2007 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: September 11, 2006    KIRBY & McGUINN, A.P.C.

By: /s/ Martin T. McGuinn
MARTIN T. McGUINN
Attorneys for COUNTRYWIDE HOME LOANS, INC. and CTC REAL ESTATE, ET AL.

Dated:    DOYLE, FIKE AND WATSON

By: /s/ David A. Fike (as authorized on 9/11/06)
DAVID A. FIKE
Attorneys for Cross-claimants LA JOLLA GROUP II and TERRANCE FRAZIER

Dated:    DEPARTMENT OF JUSTICE OFFICE OF THE ATTORNEY GENERAL, WESTERN TAX DIVISION

By: /s/Henry C. Darmstadter (as authorized on 9/7/06)
HENRY C. DARMSTADTER, Assistant United States Attorney, for the United States of America

**ORDER**

The Court, after having reviewed the parties' Stipulation, and good cause appearing

IT IS SO ORDERED.

**Dated:   September 12, 2006**    /s/ Anthony W. Ishii
0m8i78    UNITED STATES DISTRICT JUDGE