1 | Martin T. McGuinn, Esq.(SBN 082530)
Jana Logan (SBN 171152)
2 | KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
3 | San Diego, California 92101-4515
Telephone:  (619) 685-4000  Facsimile:  (619) 685-4004
4 |
5 | Sanford Shatz, Esq. (SBN 127229)
5220 Las Virgenes Road
MS No. AC-11
6 | Calabasas, California 91302-1064
Telephone:  (818) 871-6062  Facsimile:  (818) 871-4669
7 |
8 | Attorneys for Plaintiff/Counter-defendants COUNTRYWIDE HOME LOANS, INC., CTC REAL
ESTATE, et al.

9 | UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11 | FRESNO DIVISION

12 | COUNTRYWIDE HOME LOANS, INC., a New     ) Case No. CIV-F-02-6405 AWI LJO
York corporation,                                                  )
13 |                                                                        ) STIPULATION TO AMEND SCHEDULING
                                                                           ) ORDER; ORDER THEREON
          Plaintiff,                                                 )
14 |                                                                        )
15 |     v.                                                              )
                                                                           ) Judge:            Anthony W. Ishii
16 | UNITED STATES OF AMERICA, acting            ) Dept.:            2
through the Internal Revenue Service, et al.,        ) Old Trial Date:      February 27, 2007
17 |                                                                        ) Proposed New Trial Date:   May 1, 2007
          Defendants.                                          )
18 | ————————————————       )
                                                                           )
19 | LA JOLLA GROUP II, a California general        )
partnership and TERRANCE FRAZIER,             )
20 |                                                                        )
          Counter-claimants,                                  )
21 |                                                                        )
     v.                                                                 )
22 |                                                                        )
COUNTRYWIDE HOME LOANS, INC., a New     )
23 | York corporation; NEVADA TRUST DEED       )
SERVICES, INC., a Nevada corporation, LA        )
24 | SALLE NATIONAL BANK, as TRUSTEE FOR    )
AVONDALE HOME EQUITY LOAN TRUST         )
25 | 1998-1, an entity from unknown; UNITED           )
STATES OF AMERICA, acting through the          )
26 | INTERNAL REVENUE SERVICE: CTC REAL      )
ESTATE SERVICES, a California corporation;      )
27 | ROBERT G. GONZALES, an individual; and      )
MARISLA GONZALES, an individual,                  )
28 |                                                                        )
          Counter-defendants.                                )

1

2        This Stipulation is entered by and between Plaintiff and Cross-defendant Countrywide Home

3   Loans, Inc., a New York corporation ("CHL"), and Cross-defendants CTC Real Estate Services, Inc.,

4   a California Corporation ("CTC"), La Salle National Bank, as Trustee for Avondale Home Equity Loan

5   Trust 1998-1 and Nevada Trust Deed Services Inc., a Nevada corporation, by Kirby & McGuinn, A P.C.,

6   by Martin T. McGuinn, and Defendants and Cross-complainants La Jolla Group II and Terrance Frazier,

7   by their attorneys of record, Doyle, Fike and Watson, by David A. Fike, and by the United States of

8   America, by its attorney, Henry C. Darmstadter of the Department of Justice.

9        The parties do hereby stipulate, agree and request that due to the Court taking under submissions

10  the cross-motions for summary judgment on August 28, 2006, which may determine the need for a trial,

11  the parties request the Court allow the following amendments to the Scheduling Order on file in this

12  case:

13       1.    Pretrial Conference - from January 11, 2007, to April 5, 2007 at 8:30 a.m.; and

14       2.    Bench Trial - from February 27, 2007, to May 1, 2007 at 10:00 a.m.

15       IT IS SO STIPULATED.

16

17  Dated:_____     KIRBY & McGUINN, A.P.C.

18

19       By: /s/ Martin T. McGuinn_____
         MARTIN T. McGUINN

20           Attorneys for COUNTRYWIDE HOME LOANS,
         INC. and CTC REAL ESTATE, ET AL.

21

22  Dated:_____     DOYLE, FIKE AND WATSON

23

24       By:_____
         DAVID A. FIKE

25           Attorneys for Cross-claimants LA JOLLA GROUP
         II and TERRANCE FRAZIER

26

27  Dated:_____     DEPARTMENT OF JUSTICE OFFICE OF THE
         ATTORNEY GENERAL, WESTERN TAX DIVISION

28

By: _____
HENRY C. DARMSTADTER, Assistant United
States Attorney, for the United States of America

### ORDER

The Court, after having reviewed the parties' Stipulation, and good cause appearing,

IT IS SO ORDERED.

**Dated:     December 21, 2006** _____     _____/s/ Anthony W. Ishii_____
0m8i78                                                    UNITED STATES DISTRICT JUDGE