IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.<br>a New York Corporation,<br><br>        Plaintiff,<br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants.<br>_____<br><br>LA JOLLA GROUP, II, a California limited partnership; and TERRANCE FRAZIER,<br><br>        Cross-complainants,<br>   v.<br><br>COUNTYWIDE HOME LOANS, INC., a New York corporation; NEVADA TRUST DEED SERVICES, INC., a Nevada corporation; LASALLE NATIONAL BANK, as Trustee for Avondale Home Equity Loan Trust 1998-1, an entity form unknown; and CTC REAL ESTATE SERVICES, a California corporation,<br><br>        Cross-defendants.<br>_____ | 1: 02 - CV- 6405 AWI GSA<br><br>JUDGMENT QUIETING TITLE |

      This action came on regularly for trial on May 1, 2007 before the Honorable Anthony W. Ishii, United States District Judge, sitting without a jury, a jury having been duly waived by the parties. Counter-claimants/cross-claimants La Jolla Group II ("LJG II") and Terrance Frazier ("Frazier") were represented by David A. Fike and David R. Emerich. Counter-defendants Countrywide Home Loans, Inc. ("CHL"), CTC Real Estate Services, Inc. ("CTC"), Nevada Trust Deed Services, Inc. ("Nevada") and La Salle National Bank, as Trustee for Avondale Home

Equity Loan Trust 1998-1 ("La Salle") were represented by Martin T. McGuinn and Sanford P. Shatz.

The Court having taken testimony and evidence on May 1, 2007 and May 2, 2007 and thereafter having directed the parties to submit their respective proposed findings of fact and conclusions of law by July 26, 2007, and the Court having considered the parties' written submissions and closing arguments given August 8, 2007, and the Court having issued its own findings of fact and conclusions of law on August 13, 2007, the Court now enters judgment in this action in conformity with such findings of fact and conclusions of law as follows:

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Judgment is hereby entered quieting title to the real property situated at 765 E. Woodhaven Lane, Fresno, California, legally described as:

    LOT 14 OF TRACT NO. 3374, MOUNT VERNON PLACE NO. 1, IN THE CITY OF FRESNO, COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF RECORDED AUGUST 24, 1984 IN BOOK 41, PAGES 97, 98, 99 AND 100 INCLUSIVE OF PLATS, FRESNO COUNTY RECORDS ("the Property").

    in favor of counter-claimants/cross-claimants, LJG II and Frazier as against counter-defendant CHL and cross-defendants Robert G. Gonzales and Marisela Gonzales and as against all other persons known and unknown claiming any right, title or interest in or to the Property.

2. Counter-claimants'/cross-claimants' title to the Property shall remain subject to the preforeclosure tax liens of record as described in the Notice of Federal Tax Lien recorded in Fresno County on August 18, 2000 as Document No. 2000-0099536.

3. CHL shall pay to LJG II and Frazier the sum of $21,721.22, plus interest from August 16, 2002 through November 2003 at the legal rate of 7% per annum.

4. Counter-defendant Countrywide Home Loans Inc is entitled to a credit against the $21,721.22 for the real property taxes it paid from 2002 to 2007 in the sum of $17,234.78.

5. Counter-claimants shall take nothing from counter-defendants on their negligence claims.

6. Counter-claimants shall be awarded their costs of suit against Countrywide to be assessed by cost bill submitted to the Clerk of the Court.

IT IS SO ORDERED.

Dated:   October 24, 2007                             /s/ Anthony W. Ishii
                                                UNITED STATES DISTRICT JUDGE