Martin T. McGuinn, Esq.  (SBN 82530)
Dean T. Kirby, Jr., Esq.  (SBN 90114)
**KIRBY & McGUINN, A P.C.**
707 Broadway, Suite 1750
San Diego, California 92101
email: mmcguinn@kirbymac.com
email: dkirby@kirbymac.com
Telephone: (619) 685-4000
Facsimile: (619) 685-4004

Attorneys for Counter-defendant Countrywide Home Loans, Inc. and for Cross-defendants CTC Real Estate Services, Inc.; La Salle National Bank as Trustee, et ux; and Nevada Trust Deed Services, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., a New York corporation,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, acting through the Internal Revenue Service, et al.,<br><br>            Defendants., | Case No.:  1:02-CV-06405 AWI SMS<br><br>**JUDGMENT**<br><br>Judge:     Anthony W. Ishii<br>Dept.:     2 |
| LA JOLLA GROUP II, a California general partnership, and TERRANCE FRAZIER,<br><br>            Counter-claimants,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York corporation;  NEVADA TRUST DEED SERVICES, INC., a Nevada corporation; LA SALLE NATIONAL BANK as TRUSTEE FOR AVONDALE HOME EQUITY LOAN TRUST 1998-1, an entity form unknown; UNITED STATES OF AMERICA acting through the INTERNAL REVENUE SERVICE; CTC REAL ESTATE SERVICES, A California corporation; ROBERT G. GONZALES, an individual; and MARISELA GONZALES, an individual<br><br>            Counter-defendant and Cross-defendants. | |

1  The above matter having been heard on appeal in the Ninth District Court of Appeal and a mandate having issued by the Ninth Circuit Court of Appeals remanding the case to the United States District Court, Eastern District-Fresno Division,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Title to the real property which is the subject of this Action is quieted in favor of CounterClaimants/Cross Claimants La Jolla Group II, a California Limited Partnership and Terrance Frazier subject to an equitable lien in favor of Countrywide Home Loans Inc., a New York Corporation ("Countrywide"). The real property which is the subject of this Action is located at 765 E. Woodhaven Lane, Fresno, California, legally described as:

> LOT 14 of TRACT No. 3374, Mount Vernon Place No. 1, in the City of Fresno, State of California, According to the Map Thereof, recorded August 24, 1984 in Book 41, at Pages 97 To 100 Inclusive of Maps, Fresno County Records.
> ("Property").

2. The amount of the equitable lien awarded to Countrywide shall consist of all indebtedness due and owing under that certain deed of trust secured by the Property and executed by and between Robert G. Gonzales and Marisela Gonzales, Husband and Wife, as Trustors, Mark K. Poswick, as Trustee and Victoria Mortgage Corporation, a Delaware Corporation as Beneficiary dated February 1, 1994 and recorded on February 9, 1994 as Document No. 94021990 in the Official Records of the Fresno County Recorder. Countrywide is the successor in interest to Victoria Mortgage Corporation.

3. Counter-Claimants/Cross Claimants La Jolla Group II, a California Limited Partnership and Terrance Frazier's title to the Property shall remain subject to the pre foreclosure tax liens of record as described in the Notice of Federal Tax Lien recorded in Fresno County on August 18, 2000 as Document No. 2000-0099536.

4. Countrywide shall pay to La Jolla Group II and Frazier the sum of $21,721.22 plus interest from August 16, 2002 through November 2003 at the legal rate of 7% per annum.

5. Countrywide is entitled to a credit against the $21,721.22 for the real property taxes it paid from 2002 to 2007 in the sum of $17,234.78.

6. Countrywide is entitled to additional credits for any taxes advanced from 2007 to the present which have not been paid by La Jolla Group II and Frazier.

7. Country is entitled to an offset against La Jolla Group II and Frazier for the $21,721.22 plus interest awarded in paragraph 4 above for costs awarded to it on appeal in the sum of $1,578.60 with interest from October 27, 2010 at the federal judgment rate.

8. Counter-Claimants shall take nothing on their negligence claims.

9. Countrywide shall be awarded its cost of suit against Counter Defendants, La Jolla Group II, a California limited partnership and Terrance Frazier to be assessed by the Court pursuant to a cost bill to be submitted by Countrywide.


IT IS SO ORDERED.

Dated:   May 27, 2011                             _____
                                                  CHIEF UNITED STATES DISTRICT JUDGE