**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COUNTYWIDE HOME LOANS INC., a New York Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants.<br>_____<br>LA JOLLA GROUP II, a California general partnership, and<br>TERRANCE FRAZIER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York corporation,<br><br>　　　　Defendants. | 1:02-CV-6405 AWI SMS<br><br>ORDER VACATING MARCH 4, 2013 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　　　Plaintiff and Counter-Defendant Country Wide Home Loans, Inc.'s filed Motion For an Order Setting Amount of Equitable Lien Pursuant to the Court's May 27 2011 Judgement. The hearing has been set for March 4, 2013. On February 15, 2013, Counter-Plaintiff La Jolla Group II and Terance Frazier filed an opposition the    The court has reviewed the papers  and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 4, 2013[1] is VACATED and the parties shall not appear at that time. As of March 4, 2013, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: February 21, 2013

SENIOR DISTRICT JUDGE

---

[1] The court notes this motion was originally set for February 25, 2013, and then it was moved to March 4, 2013. Both the February 25, 2013 and March 4, 2013 hearing dates are vacated pursuant to this order.

daw

2