

FILED
SEP 01 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., a New York Corporation,<br><br>        Plaintiff<br><br>        v.<br><br>UNITED STATES OF AMERICA, acting through the Internal Revenue Service, et. al.,<br><br>        Defendants. | CASE NO. 1:02-CV-6405-AWI-SMS<br><br>ORDER FOR DISBURSEMENT OF FUNDS HELD IN THE COURT REGISTRY |
| LA JOLLA GROUP II, a California general partnership, and TERRANCE FRAIZER,<br><br>        Counter-Claimants,<br><br>        v.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York corporation; NEVADA TRUST DEED SERVICES, INC., a Nevada corporation; LA SALLE NATIONAL BANK as TRUSTEE FOR AVONDALE HOME EQUITY LOAN TRUST 1998-1, an entity form unknown; UNITED STATES OF AMERICA, acting through the INTERNAL REVENUE SERVICE; CTC REAL ESTATE SERVICES, a California corporation; ROBERT G. GONZALES, an individual; and MARISELA GONZALES, an individual,<br><br>        Counter-Defendants. | |

On April 30, 2003, the Court set the bond for an April 24, 2003 appeal by Countrywide Home Loans, Inc. ("Countrywide") at $250.00. See Docs. 54, 57. On May 6, 2003, Countrywide then paid the appeal bond in the amount of $250.00. See Doc. 78. On July 11, 2003, the Court set another bond for a July 2, 2003 appeal by Countrywide at $250.00. See Docs. 99, 102. On July 18, 2003, Countrywide again paid an appeal bond in the amount of $250.00. See Doc. 111. The case was closed on April 3, 2012 and all other pending matters have recently been resolved. See Doc. 344. It has been over twelve years since Countrywide paid these two $250.00 bonds, yet the $500.00 in bonds remain in the Court's registry and have not been disbursed.

The purpose of the bonds was to ensure payment of costs on appeal. See Fed. R. App. P. 7. Given that over twelve years have passed and opposing counsel has not sought costs for the relevant appeals, it is appropriate for the Court to order the disbursement of the $500.00, plus any accrued interest, to Countrywide.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall disburse Countrywide Home Loans, Inc.'s $500.00 security,plus all accrued interest, to Countrywide Home Loans, Inc.; and

2. The Clerk shall send the funds to the Attention of Attorney Jana Logan at The Law Offices of Kirby & McGuinn, A P.C., 707 Broadway, Suite 1750, San Diego, CA 92101.

IT IS SO ORDERED.

_____        9-1-15
Anthony W. Ishii, Senior District Judge        Date